# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128522 & (24)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL RUTHERFORD and MAY
RUTHERFORD,
        Plaintiffs-Appellees,
v

LAURENT LEDUC, TRANSPORT
LAURENT LEDUC, INC., and
DISTRIBUTION MARCEL DION, INC.,
        Defendants-Appellants.

SC: 128522
COA: 260391
Berrien CC: 04-003153-NI

_____/

      On order of the Court, the application for leave to appeal the March 11, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to admit pro hac vice is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005 _____

p1024

_____
Clerk